| | |
|---|---|
| MARINO, TORTORELLA & BOYLE, P.C.<br>Kevin H. Marino<br>John D. Tortorella<br>437 Southern Boulevard<br>Chatham, NJ 07928<br>kmarino@khmarino.com<br>jtortorella@khmarino.com<br>Tel.: 973-824-9300; Fax.: 973-824-8425<br><br>*Attorneys for Plaintiff Acuitas Therapeutics Inc.* | GROOMBRIDGE, WU, BAUGHMAN & STONE LLP<br>Nicholas Groombridge[*]<br>Eric Alan Stone<br>Josephine Young[*]<br>Allison C. Penfield[*]<br>Chih-Wei Wu[*]<br>565 Fifth Avenue, Suite 2900<br>New York, NY 10017<br>nick.groombridge@groombridgewu.com<br>eric.stone@groombridgewu.com<br>josephine.young@groombridgewu.com<br>allison.penfield@groombridgewu.com<br>chihwei.wu@groombridgewu.com<br>Tel.: 332-263-0030; Fax: 332-262-5334<br><br>Saurabh Gupta[*]<br>801 17th Street, NW, Suite 1050<br>Washington, DC 20006<br>saurabh.gupta@groombridgewu.com<br>Tel.: 202-505-6566; Fax: 202-595-0359 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ACUITAS THERAPEUTICS INC.,<br><br>Plaintiff,<br><br>v.<br><br>GENEVANT SCIENCES GMBH AND ARBUTUS BIOPHARMA CORP.<br><br>Defendants. | Case No. 3:23-cv-4200 |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Acuitas Therapeutics Inc. hereby states that it is a privately held corporation that has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

---

[*] *Pro hac vice applications forthcoming*

Dated:  August 4, 2023

Respectfully submitted,

_____
MARINO, TORTORELLA & BOYLE, P.C.
Kevin H. Marino
John D. Tortorella
437 Southern Boulevard
Chatham, NJ 07928
kmarino@khmarino.com
jtortorella@khmarino.com
Tel.: 973-824-9300
Fax.: 973-824-8425

GROOMBRIDGE, WU, BAUGHMAN & STONE LLP
Nicholas Groombridge[*]
Eric Alan Stone
Josephine Young[*]
Allison C. Penfield[*]
Chih-wei Wu[*]
565 Fifth Avenue, Suite 2900
New York, NY 10017
nick.groombridge@groombridgewu.com
eric.stone@groombridgewu.com
josephine.young@groombridgewu.com
allison.penfield@groombridgewu.com
chihwei.wu@groombridgewu.com
Tel.: 332-269-0030
Fax.: 332-262-5334

Saurabh Gupta[*]
801 17th Street, NW, Suite 1050
Washington, DC 20006
saurabh.gupta@groombridgewu.com
Tel.: 202-505-5830
Fax.: 202-595-0359

*Attorneys for Plaintiff Acuitas Therapeutics Inc.*